COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
TAG 1-L-13 DOC No. 424229
Louisiana State Penitentiary
Angola LA 70712

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on May 31, 2023 |

**REHEARING ACTION: May 31, 2023**


**Docket Number: 23   00093-KH**

**STATE OF LOUISIANA
VERSUS
BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 2012-CR-138234**


<u>**BEFORE JUDGES**</u>**:**

> **Hon. Candyce G. Perret
> Hon. Jonathan W. Perry
> Hon. Sharon Darville Wilson**


As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Brandon Lavergne** is:

> **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.


cc: Donald Dale Landry, Counsel for  the Respondent